

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JAN 0 5 2016

JAMES W. McCORMACK, CLERK
By: _____ C.  
DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| UNITED STATES OF AMERICA | ) | 4:16CR00001 KGB |
| --- | --- | --- |
| | ) | |
| v. | ) | |
| | ) | 18 U.S.C. § 1001(a)(2) |
| | ) | 18 U.S.C. §§ 2261A(2)(B) & 2261(b)(5) |
| CHRISTIAN TREY ASHCRAFT | ) | 18 U.S.C. § 3013 |
| AKA CHAD REYNOLDS | ) | 18 U.S.C. § 3571 |
| | ) | 18 U.S.C. § 3663 |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### Count One

On or about December 30, 2014, in the Eastern District of Arkansas, the defendant,

CHRISTIAN TREY ASHCRAFT,
AKA CHAD REYNOLDS,

knowingly and willfully made and caused to be made materially false, fictitious, and fraudulent statements and representations in a matter within the jurisdiction of a department or agency of the United States, to wit: CHRISTIAN TREY ASHCRAFT, AKA CHAD REYNOLDS, represented to the Department of Homeland Security Investigations that he was not the user of the email address fun_e_gurl_2000@yahoo.com, when he knew such statement was false because he had been and was using the email address fun_e_gurl_2000@yahoo.com to misrepresent his identity as a teenage girl.

All in violation of Title 18, United States Code, Section 1001(a)(2).

### Count Two

Between in or about January 2005, through in or about December 2014, in the Eastern District of Arkansas, the defendant,

CHRISTIAN TREY ASHCRAFT,
AKA CHAD REYNOLDS,

with the intent to harass, intimidate, or place under surveillance with intent to harass, or intimidate another person used the mail, any interactive computer service or electronic communication service or electronic communication system of interstate commerce, or any other facility of interstate or foreign commerce, to engage in a course of conduct that caused, attempted to cause, or would be reasonably expected to cause substantial emotional distress to J.D.

All in violation of Title 18, United States Code, Sections 2261A(2)(B) and 2261(b)(5).

(End of text.  Signature page to follow.)